IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ROBERT MILLER PHOTOGRAPHER, LLC ) | |
| ) | Case No. 3:25-cv-00166 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| THE DAILY WIRE, LLC ) | |

## O R D E R

Pending before the Court is Plaintiffs' motion for leave to proceed without local counsel (Docket No. 8), which is **DENIED**.[1] Plaintiff must retain local co-counsel, who must enter an appearance on behalf of Plaintiff by no later than **March 18, 2025**.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The Court recognizes that the time for a response to the motion has not yet expired. Nevertheless, the Court exercises its discretion to act on the motion prior to expiration of the response deadline. *See* Local Rule 7.01(b).