**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| Robert Miller Photographer, LLC, | ) | |
| | ) | Case No: 3:25-cv-00166 |
| Plaintiff, | ) | |
| | ) | Hon. Waverly D. Crenshaw, Jr. |
| v. | ) | |
| | ) | |
| The Daily Wire, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Susan S. Lafferty, Esq., an attorney admitted to practice in

the United States District Court for the Middle District of Tennessee, hereby appears as counsel

of record for Plaintiff Robert Miller Photographer, LLC.

Dated: March 18, 2025                                     Respectfully submitted,

                                                          By: ___*/s/ Susan S. Lafferty*___
                                                          Susan S. Lafferty, Esq. BPR # 025961
                                                          Lafferty Law Firm, Inc.
                                                          1321 Murfreesboro Pike, Suite 521
                                                          Nashville, TN 37217
                                                          Mail to:  P.O. Box 292977
                                                          Nashville, TN 37229
                                                          Tel: (615) 878-1926
                                                          Email: ssl@laffertylawtn.com

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 18, 2025, a true and correct copy of the foregoing document was filed and served via the Court's ECF filing system upon the following counsel of record:

Craig Sanders
SANDERS LAW GROUP
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
csanders@sanderslaw.group

W. Russell Taber, III
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
rtaber@rjfirm.com

           *s/ Susan S. Lafferty*
           Susan S. Lafferty

2

Case 3:25-cv-00166   Document 15   Filed 03/18/25   Page 2 of 2 PageID #: 55